J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Disney Enterprises, Inc.
and Warner Bros. Home Entertainment Inc.

Michael Chen, Esq.
mchen@law888.com
Law Offices of Scott Warmuth
17700 Castleton St., Suite 168
City of Industry, CA 91748
Telephone: (626) 363-2190

Attorneys for Defendant
Yanxiang Chen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc. and Warner Bros. Home Entertainment Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Yanxiang Chen, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV 16-1614-GW(SSx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Disney Enterprises, Inc. and Warner Bros. Home Entertainment Inc. (collectively "Plaintiffs") and Defendant Yanxiang Chen ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1)   This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)   One or other of the Plaintiffs own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3)   Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4)   Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a)   Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

    b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized

versions of Plaintiffs' Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

DEI, et al. v. Yanxiang Chen: [Proposed] Consent Decree - 3 -

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: September 7, 2016

_____
Hon. George H. Wu
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.
and Warner Bros. Home Entertainment Inc.

Law Offices of Scott Warmuth

By: _____
    Michael Chen
Attorneys for Defendant Yanxiang Chen

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Rights Owner: |
|---|---|---|
| | SCANDAL: SEASON 4 | |
| PA0001928275 | SCANDAL: 401, RANDY, RED, SUPERFREAK AND JULIA | DEI |
| PA0001928274 | SCANDAL: 402, THE STATE OF THE UNION | DEI |
| PA0001922164 | SCANDAL: 403, INSIDE THE BUBBLE | DEI |
| PA0001930078 | SCANDAL: 404A, LIKE FATHER, LIKE DAUGHTER | DEI |
| PA0001932211 | SCANDAL: 404B, THE KEY | DEI |
| PA0001936826 | SCANDAL: 405, AN INNOCENT MAN | DEI |
| PA0001936827 | SCANDAL: 406, BABY MADE A MESS | DEI |
| PA0001934025 | SCANDAL: 407, THE LAST SUPPER | DEI |
| PA0001940748 | SCANDAL: 408, WHERE THE SUN DON'T SHINE | DEI |
| PA0001947160 | SCANDAL: 409, RUN | DEI |
| PA0001946467 | SCANDAL: 410, WHERE'S THE BLACK LADY | DEI |
| PA0001946910 | SCANDAL GLADIATORS DON'T RUN: 411A | DEI |
| PA0001953103 | SCANDAL: 411B, NO MORE BLOOD. | DEI |
| PA0001954282 | SCANDAL: 412, THE LAWN CHAIR | DEI |
| PA0001954279 | SCANDAL: 413, THE TESTIMONY OF DIEGO MUNOZ | DEI |
| PA0001954281 | SCANDAL: 414, IT'S GOOD TO BE KINK | DEI |
| PA0001954278 | SCANDAL: 415, PUT A RING ON IT | DEI |
| PA0001954758 | SCANDAL: 416, HONOR THY FATHER | DEI |
| PA0001956229 | SCANDAL: 417, I'M JUST A BILL | DEI |
| PA0001957096 | SCANDAL: 418, FIRST LADY SINGS THE BLUES | DEI |
| PA0001957246 | SCANDAL: 419, A FEW GOOD WOMEN | DEI |
| PA0001958275 | SCANDAL: 420, YOU CAN'T TAKE COMMAND. | DEI |
| | BIG BANG THEORY: SEASON 7 | |
| PA0001875709 | THE BIG BANG THEORY: THE HOFSTADTER INSUFFICIENCY | WBHEI |
| PA0001892010 | THE BIG BANG THEORY: THE DECEPTION VERIFICATION | WBHEI |
| PA0001875704 | THE BIG BANG THEORY: THE SCAVENGER VORTEX | WBHEI |
| PA0001875713 | THE BIG BANG THEORY: THE RAIDERS MINIMIZATION | WBHEI |

| | | |
|---|---|---|
| PA0001873838 | THE BIG BANG THEORY: THE WORKPLACE PROXIMITY | WBHEI |
| PA0001872943 | THE BIG BANG THEORY: THE ROMANCE RESONANCE | WBHEI |
| PA0001870212 | THE BIG BANG THEORY: THE PROTON DISPLACEMENT | WBHEI |
| PA0001870213 | THE BIG BANG THEORY: THE ITCHY BRAIN SIMULATION | WBHEI |
| PA0001886516 | THE BIG BANG THEORY: THE THANKSGIVING DECOUPLING | WBHEI |
| PA0001886559 | THE BIG BANG THEORY: THE DISCOVERY DISSIPATION | WBHEI |
| PA0001886567 | THE BIG BANG THEORY: THE COOPER EXTRACTION | WBHEI |
| PA0001892009 | THE BIG BANG THEORY: THE HESITATION RAMIFICATION | WBHEI |
| PA0001892008 | THE BIG BANG THEORY: THE OCCUPATION RECALIBRATION | WBHEI |
| PA0001892923 | THE BIG BANG THEORY: THE CONVENTION CONUNDRUM | WBHEI |
| PA0001893528 | THE BIG BANG THEORY: THE LOCOMOTIVE MANIPULATION | WBHEI |
| PA0001898991 | THE BIG BANG THEORY: THE TABLE POLARIZATION | WBHEI |
| PA0001897037 | THE BIG BANG THEORY: THE FRIENDSHIP TURBULENCE. | WBHEI |
| PA0001899473 | THE BIG BANG THEORY: THE MOMMY OBSERVATION | WBHEI |
| PA0001909256 | BIG BANG THEORY: THE INDECISION AMALGAMATION | WBHEI |
| PA0001909250 | THE BIG BANG THEORY: THE RELATIONSHIP DIREMPTION | WBHEI |
| PA0001904811 | THE BIG BANG THEORY: THE ANYTHING CAN HAPPEN RECURRENCE | WBHEI |
| PA0001904814 | THE BIG BANG THEORY: THE PROTON TRANSMOGRIFICATION | WBHEI |
| PA0001908404 | THE BIG BANG THEORY: THE GORILLA DISSOLUTION | WBHEI |
| PA0001908407 | THE BIG BANG THEORY: THE STATUS QUO COMBUSTION | WBHEI |